United States Court of Appeals

For the Eighth Circuit

_____

No. 14-3265

_____

United States of America

*Plaintiff - Appellee*

v.

Pierre Watson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: March 12, 2015
Filed: March 17, 2015
[Unpublished]

_____

Before LOKEN, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

While Pierre Watson was serving a period of supervised release on a federal criminal sentence, he admitted to the district court[1] that he had violated several release

_____

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.

conditions.  The court revoked supervised release and imposed a revocation sentence of 8 months in prison and 48 months of additional supervised release.  On appeal, Watson contends that the court abused its discretion by failing to articulate its consideration of the 18 U.S.C. § 3553(a) sentencing factors.  After careful review, we conclude that the district court did not abuse its discretion.  See United States v. Miller, 557 F.3d 910, 915-16 (8th Cir. 2009) (standard of review); United States v. Gray, 533 F.3d 942, 943-44 (8th Cir. 2008).  The judgment is affirmed.

_____